## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BRYAN D. ALBRIGHT, | ) | CASE NO:   06 B 01437 |
| | ) | |
| DEBTOR. | ) | HEARING DATE: Thursday, February 25, 2010 |
| | ) | HEARING TIME:  9:30 A.M. |
| | ) | |
| | ) | HONORABLE JACQUELINE P. COX |
| | ) | U. S. BANKRUPTCY JUDGE |

### TRUSTEE'S MOTION TO WAIVE FILING OF FINAL REPORT AND FOR AUTHORITY TO FILE NO-ASSET REPORT

Karen R. Goodman, Trustee ("Trustee") by and through her attorneys, Karen R. Goodman and the law firm of Shefsky & Froelich Ltd., moves for the entry of an Order waiving the requirement for the Trustee to file a Final Report and for authority to file a No-Asset Report to close this case. In support of this Motion, the Trustee states as follows:

1. On February 1, 2006, Debtor filed a Petition for Voluntary Relief under Chapter 7 of the United States Bankruptcy Code. Karen R. Goodman was appointed interim Trustee by the United States Trustee, accepted her appointment, and since the first meeting of creditors on April 19, 2006, has been acting as the Trustee of the Debtor's Estate.

2. The Trustee determined that the Debtor's Estate consisted of a joint interest with the Debtor's ex-wife (also a Chapter 7 Debtor in a case administered by the Trustee known as *In Re Cheri Lynn Albright*, Case No. 06-00999) located at 18260 South Ada, Lansing, Illinois ("Property").

3. On November 7, 2006, an Order was entered authorizing the Trustee to sell the Debtor's interest in the Property. The same Order was also entered in the case of the Debtor's ex-wife. The approved sale price was $159,500.00, with half of the net proceeds, in the total

amount of $28,384.84, going to the Debtor's estate and the other half going to the Estate of the Debtor's ex-wife.

4. Debtor resided in the Property and claimed a $15,000 homestead exemption; however, a valid judgment lien in the amount of $11, 676.45 had been placed against the Debtor's interest in the Debtor's interest in the Property. That judgment lien was paid in full at the time of the closing and the remaining $2,515.97 from the proceeds of the sale was paid to the Debtor as his homestead exemption.

5. The Trustee has identified no further assets in Debtor's Estate and requests the entry of an Order waiving the requirement that the Trustee file a Final Report in this case and authorizing the Trustee to file a No Asset Report to close this case.

WHEREFORE, for the foregoing reasons, the Trustee requests the entry of an Order as follows:

A. Waiving the filing of Trustee's Final Report in this case; and

B. Authorizing the Trustee to file a No Asset Report in this case.

Respectfully submitted,

 /s/ Karen R. Goodman
Karen R. Goodman, Trustee

Karen R. Goodman (#1008242)
SHEFSKY & FROELICH LTD.
111 East Wacker Drive, Suite 2800
Chicago, Illinois  60601-3713
(312) 527-4000
(312)275-7570

1143854_1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BRYAN D. ALBRIGHT, | ) | CASE NO:   06 B 01437 |
| | ) | |
| DEBTOR. | ) | HEARING DATE: Thursday, February 25, 2010 |
| | ) | HEARING TIME:  9:30 A.M. |
| | ) | |
| | ) | HONORABLE JACQUELINE P. COX |
| | ) | U. S. BANKRUPTCY JUDGE |

**NOTICE OF MOTION**

To:    See Attached Service List

**PLEASE TAKE NOTICE** that on **February 25, 2010**, at the hour of **9:30 a.m.**, I shall appear before the Honorable Jacqueline P. Cox, United States Bankruptcy Judge, or any Judge sitting in her stead, in Courtroom 619, 219 South Dearborn Street, Chicago, Illinois, and then and there present **TRUSTEE'S MOTION TO WAIVE FILING OF FINAL REPORT AND FOR AUTHORITY TO FILE NO-ASSET REPORT,** a copy of which is attached hereto, made a part hereof, and herewith served upon you.

/s/ Karen R. Goodman_____
Karen R. Goodman, Trustee

Karen R. Goodman, Esq.
SHEFSKY & FROELICH LTD.
111 East Wacker Drive, Suite 2800
Chicago, Illinois  60601-3713
Phone: (312) 527-4000
Fax:  (312)275-7570

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that copies of this **Notice and Trustee's Motion to Waive Filing of Final Report and for Authority to File No-Asset Report** were served upon the above persons by placing copies of same in the U.S. Mail at 111 East Wacker Drive, Chicago, Illinois, with proper postage prepaid on the **18th** day of **February 2010**.

/s/ Karen R. Goodman_____
Karen R. Goodman, Trustee

1143854_1

## **SERVICE LIST**

United States Trustee
219 South Dearborn, Suite 873
Chicago, Illinois 60604

Bryan D. Albright
2229 Teakwood Circle
Apt. C
Highland, IN  46322

1143854_1